FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 28  PM 4: 54

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TROY MICHAEL HYMEL                     CIVIL ACTION

VERSUS                                 NO. 07-450

SHERIFF GREG CHAMPAGNE, ET AL.         SECTION "F" (3)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, the objections filed by plaintiff to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion, Accordingly;

IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim on which relief may be granted pursuant to 1915(e)(2)(B) and 1915A(b).

New Orleans, Louisiana, this 28th day of March, 2007.

Martin L. C. Feldman
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X   Dktd_____
Z   CtRmDep_____
___ Doc. No_____